IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIZABETH LEINMILLER | : |
| v. | : 02-CV-3554 |
| FIDELITY LEASING INC., et al. | : |

ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

    Please enter the appearance of Frank Conley, Esquire, in the above-captioned matter on behalf of defendants Fidelity Leasing, Inc. and Thomas Ellis.

 

FRANK CONLEY

Miller, Alfano & Raspanti

1818 Market Street

Suite 3402

Philadelphia, PA  19103

(215) 972-6400

DATE:  July 29, 2002

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LIZABETH LEINMILLER | : | |
| v. | : | 02-CV-3554 |
| FIDELITY LEASING INC., et al. | : | |

CERTIFICATE OF SERVICE

I, Frank Conley, Esquire, certify that a true and correct copy of the foregoing Entry of Appearance was served by first-class mail, postage prepaid, upon:

        Dennis M. Abrams, Esquire

        Lowenthal & Abrams, PC

        555 City Line Avenue

        Suite 440

        Bala Cynwyd, PA  19004

                                                              _____

                                                              Frank Conley, Esquire

DATED:       July 29, 2002