IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIZABETH LEINMILLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIDELITY LEASING, INC., et al. | : | NO. 02-3554 |

**PRETRIAL CONFERENCE ORDER**

**BEFORE THE HONORABLE NORMA L. SHAPIRO**

  AND NOW, this 20th day of November, 2002, it is **ORDERED** that a Fed.R.Civ.P. 16 pretrial conference in the above case will be held on **THURSDAY, JANUARY 23, 2003,** at **10:00 A.M.**, in Chambers, Room 10614, United States Courthouse, 601 Market Street, Philadelphia, PA. **This conference may be held by telephone upon request of the parties to Madeline F. Ward, Deputy Clerk, (267-299-7549).** If the conference is held by phone, the court will initiate the call and <u>counsel shall remain available for said telephone conference unless and until excused by the court</u>.

  The attached form is to be completed and returned to Chambers <u>one week</u> prior to the conference; counsel for all parties are expected to discuss together the matters covered by this report form and be prepared to participate in accordance with the court's Order under Fed.R.Civ.P. 16, Local Rules 16.1 and 16.2. **Counsel are expected to comply with Fed.R.Civ.P. 16 and 26, as amended December 1, 2000, the Code of Civility adopted by the Pennsylvania Supreme Court on December 6, 2000, and the Working Rules of Professionalism, adopted by the Philadelphia Bar Association on June 28, 1990.**

                            _____
                            Madeline F. Ward, Deputy Clerk to
                            The Honorable Norma L. Shapiro