IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIZABETH LEINMILLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIDELITY LEASING, INC., et al. | : | NO. 02-3554 |

### ORDER

AND NOW, this 16TH day of December, 2002, it having been reported that the issues between plaintiff and defendant in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO ALL DEFENDANTS**. The Clerk is directed to mark this case **CLOSED**.

ATTEST:                                        or        BY THE COURT:

**By:**_____        /s/ Norma L. Shapiro, J._____
   Madeline F. Ward, Deputy Clerk                                                        J.

Case 2:02-cv-03554   Document 15   Filed 12/16/2002   Page 2 of 2